Frank RICHARDSON, Appellant,

v.

Jim JONES, et al., Respondents.

No. WD 43653.

Missouri Court of Appeals, Western District.

April 30, 1991.

Frank Richardson, Pacific, pro se.

William L. Webster, Atty. Gen., Bruce Farmer, Asst. Atty. Gen., Jefferson City, for respondents.

Before LOWENSTEIN, P.J., and TURNAGE and FENNER, JJ.

ORDER

PER CURIAM:

Appeal from dismissal of an inmate's petition for injunctive relief and damages against prison officials.

Affirmed. Rule 84.16(b).